FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

2022 JUL 15 AM 9:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___CD___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: **MJ 22-02752**

UNITED STATES OF AMERICA
PLAINTIFF
V.

Matthew Biuwe Wielenga
AKA King Kronic   AKA Mr. Kronik
USMS# _____
DEFENDANT

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __7/14/22__ at __3:15__ ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 841(a)(1), 841(b)(1)(C), 846 - conspiracy to distribute controlled substances, 18 USC 1956(h) Money Laundering

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: __1982__

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: __TBD__   Phone Number: __TBD__

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: __Minthin Neth__ (please print)

12. Office Phone Number: __(619) 681-2639__   13. Agency: __Homeland Security Investigations__

14. Signature: [signature]   15. Date: __7/15/2022__

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION